**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LARRY FREUDENBERG, Individually And On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>E\*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN AND ROBERT J. SIMMONS,<br><br>    Defendants. | Civil Action No. 07-cv-8538 (RWS)<br><br><br>CLASS ACTION |
| WILLIAM BOSTON, Individually And On Behalf Of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    vs.<br><br><br>E\*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN AND ROBERT J. SIMMONS,<br><br>    Defendants. | Civil Action No. 07-cv-8808 (RWS) |
| ROBERT D. THURMAN, Individually And On Behalf Of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>E\*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN AND ROBERT J. SIMMONS,<br><br>    Defendants. | Civil Action No. 07-cv-9651 (RWS) |

| | |
|---|---|
| WENDY M. DAVIDSON, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>vs.<br><br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN AND ROBERT J. SIMMONS,<br><br>  Defendants. | Civil Action No. 07-cv-10400 (UA) |
| JOSHUA FERENC, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>vs.<br><br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN AND ROBERT J. SIMMONS,<br><br>  Defendants. | Civil Action No. 07-cv-10540 (SHS) |

### NOTICE OF MOTION OF THE KRISTEN-STRAXTON GROUP FOR CONSOLIDATION OF ALL RELATED CASES, APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF THE SELECTION OF LEAD COUNSEL

TO:    All PARTIES AND THEIR COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that Kristen Management Limited, Straxton Properties Inc. and Javed Fiyaz (collectively the "Kristen-Straxton Group") hereby move this Court on a date and at such time as may be designated by the Court, at 500 Pearl Street, New York, New York 10007, for an Order: (1) consolidating the above-captioned actions pursuant to Fed. R. Civ. P. 42; (ii) appointing the Kristen-Straxton Group as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a) *et seq.*; and (iii) approving the Kristen-Straxton Group's selection of Brower

Piven, A Professional Corporation, as Lead Counsel.  In support of this Motion, the

Kristen-Straxton Group submits herewith a Memorandum of Law, the Declaration of

Elizabeth A. Schmid, Esq., and a [Proposed] Order.

Dated: December 3, 2007
       New York, New York

                                        Respectfully submitted,

                                        **BROWER PIVEN**
                                        A Professional Corporation


                                   By: /s/ *David A.P. Brower*

                                        David A.P. Brower (DB-4923)
                                        Elizabeth A. Schmid (ES-1294)
                                        488 Madison Avenue
                                        Eighth Floor
                                        New York, New York 10022
                                        Telephone: (212) 501-9000
                                        Facsimile: (212) 501-0300

                                        **BROWER PIVEN**
                                        A Professional Corporation
                                        Charles J. Piven
                                        Marshall N. Perkins
                                        World Trade Center-Baltimore
                                        401 East Pratt Street, Suite 2525
                                        Baltimore, Maryland 21202
                                        Telephone: (410) 332-0030
                                        Facsimile: (410) 685-1300

                                        *Proposed Lead Counsel For
                                        the Kristen-Straxton Group
                                        and the Class*

2