# EXHIBIT B

# E*Trade Financial Corporation Securities Litigation

## CONSOLIDATED SCHEDULE OF TRANSACTIONS AND LOSSES FOR THE KRISTEN - STRAXTON GROUP

| Trade Date of Purchase/Sale | Purchased (P) / Sold (S) | # of Shares Per CFDs* | Price Per Share | (Cost)/ Proceeds | Net Gain/(Loss) |
|---|---|---|---|---|---|
| **Kristen Management Limited** ||||||
| 6/6/07 | P | 500,000 | $25.5777 | ($12,788,850) | ($12,788,850) |
| 6/6/07 | P | 340,900 | $25.5594 | ($8,713,199) | ($21,502,049) |
| 6/27/07 | P | 250,000 | $22.1484 | ($5,537,100) | ($27,039,149) |
| 6/27/07 | P | 250,000 | $22.1086 | ($5,527,150) | ($32,566,299) |
| 7/2/07 | P | 100 | $22.1500 | ($2,215) | ($32,568,514) |
| 8/1/07 | S | 91,000 | $18.0000 | $1,638,000 | ($30,930,514) |
| 8/6/07 | S | 1,000,000 | $15.1151 | $15,115,100 | ($15,815,414) |
| 8/15/07 | S | 250,000 | $14.9811 | $3,745,275 | ($12,070,139) |
|  |  |  |  | Total: | ($12,070,139) |
| **Straxton Properties Inc.** ||||||
| 5/31/07 | P | 100,000 | $23.9844 | ($2,398,440) | ($2,398,440) |
| 5/31/07 | P | 200,000 | $24.0443 | ($4,808,860) | ($7,207,300) |
| 5/31/07 | P | 200,000 | $24.1125 | ($4,822,500) | ($12,029,800) |
| 5/31/07 | P | 250,000 | $23.9812 | ($5,995,300) | ($18,025,100) |
| 5/31/07 | P | 250,000 | $23.9989 | ($5,999,725) | ($24,024,825) |
| 6/1/07 | P | 50,000 | $24.0084 | ($1,200,420) | ($25,225,245) |
| 6/1/07 | P | 50,000 | $24.0500 | ($1,202,500) | ($26,427,745) |
| 6/1/07 | P | 50,000 | $24.0500 | ($1,202,500) | ($27,630,245) |
| 6/1/07 | P | 100,000 | $23.9492 | ($2,394,920) | ($30,025,165) |
| 6/6/07 | P | 250,000 | $24.5046 | ($6,126,150) | ($36,151,315) |
| 6/6/07 | P | 250,000 | $24.6821 | ($6,170,525) | ($42,321,840) |
| 6/6/07 | P | 250,000 | $24.9186 | ($6,229,650) | ($48,551,490) |
| 6/6/07 | P | 275,000 | $25.5859 | ($7,036,123) | ($55,587,613) |
| 6/6/07 | P | 500,000 | $24.5558 | ($12,277,900) | ($67,865,513) |
| 6/6/07 | P | 500,000 | $24.7003 | ($12,350,150) | ($80,215,663) |
| 6/6/07 | P | 500,000 | $24.9947 | ($12,497,350) | ($92,713,013) |
| 6/6/07 | P | 500,000 | $25.1384 | ($12,569,200) | ($105,282,213) |
| 6/6/07 | P | 500,000 | $25.1953 | ($12,597,650) | ($117,879,863) |
| 6/6/07 | P | 500,000 | $25.3298 | ($12,664,900) | ($130,544,763) |
| 6/6/07 | P | 500,000 | $25.7001 | ($12,850,050) | ($143,394,813) |
| 6/6/07 | P | 500,000 | $25.6632 | ($12,831,600) | ($156,226,413) |
| 6/6/07 | P | 500,000 | $25.5574 | ($12,778,700) | ($169,005,113) |
| 6/6/07 | P | 159,100 | $25.5594 | ($4,066,501) | ($173,071,613) |

* Contracts For Difference

| 6/7/07 | P | 250,000 | $25.5878 | ($6,396,950) | ($179,468,563) |
|---|---|---|---|---|---|
| 6/14/07 | P | 75,000 | $24.7496 | ($1,856,220) | ($181,324,783) |
| 6/27/07 | P | 135,000 | $22.1894 | ($2,995,569) | ($184,320,352) |
| 6/27/07 | P | 400,000 | $22.0393 | ($8,815,720) | ($193,136,072) |
| 7/2/07 | P | 9,000 | $22.1500 | ($199,350) | ($193,335,422) |
| 7/2/07 | P | 50,000 | $22.1203 | ($1,106,015) | ($194,441,437) |
| 7/2/07 | P | 100,000 | $22.1206 | ($2,212,060) | ($196,653,497) |
| 7/2/07 | P | 115,000 | $22.0955 | ($2,540,983) | ($199,194,480) |
| 8/1/07 | S | 500,000 | $18.0000 | $9,000,000 | ($190,194,480) |
| 8/1/07 | S | 409,000 | $18.0000 | $7,362,000 | ($182,832,480) |
| 8/6/07 | S | 250,000 | $15.5405 | $3,885,125 | ($178,947,355) |
| 8/6/07 | S | 250,000 | $15.4810 | $3,870,250 | ($175,077,105) |
| 8/6/07 | S | 159,000 | $15.5900 | $2,478,810 | ($172,598,295) |
| 8/6/07 | S | 159,000 | $15.5002 | $2,464,532 | ($170,133,763) |
| 8/6/07 | S | 91,000 | $15.5900 | $1,418,690 | ($168,715,073) |
| 8/6/07 | S | 91,000 | $15.5002 | $1,410,518 | ($167,304,555) |
| 8/15/07 | S | 250,000 | $15.0141 | $3,753,525 | ($163,551,030) |
| 8/15/07 | S | 250,000 | $14.0005 | $3,500,125 | ($160,050,905) |
| 8/15/07 | S | 250,000 | $14.0000 | $3,500,000 | ($156,550,905) |
| 8/15/07 | S | 159,000 | $15.0097 | $2,386,542 | ($154,164,362) |
| 8/15/07 | S | 159,000 | $14.0025 | $2,226,398 | ($151,937,965) |
| 8/15/07 | S | 159,000 | $14.0011 | $2,226,175 | ($149,711,790) |
| 8/15/07 | S | 91,000 | $15.0097 | $1,365,883 | ($148,345,907) |
| 8/15/07 | S | 91,000 | $14.0025 | $1,274,228 | ($147,071,680) |
| 8/15/07 | S | 91,000 | $14.0011 | $1,274,100 | ($145,797,580) |
| 8/16/07 | S | 500,000 | $10.3126 | $5,156,300 | ($140,641,280) |
| 8/16/07 | S | 500,000 | $10.2646 | $5,132,300 | ($135,508,980) |
| 8/16/07 | S | 250,000 | $11.1000 | $2,775,000 | ($132,733,980) |
| 8/16/07 | S | 250,000 | $11.0493 | $2,762,325 | ($129,971,655) |
| 8/16/07 | S | 250,000 | $10.9514 | $2,737,850 | ($127,233,805) |
| 8/16/07 | S | 250,000 | $10.3831 | $2,595,775 | ($124,638,030) |
| 8/16/07 | S | 250,000 | $10.4155 | $2,603,875 | ($122,034,155) |
| 8/16/07 | S | 250,000 | $11.6102 | $2,902,550 | ($119,131,605) |
| 8/16/07 | S | 250,000 | $11.3678 | $2,841,950 | ($116,289,655) |
| 8/16/07 | S | 250,000 | $11.8603 | $2,965,075 | ($113,324,580) |
| 8/16/07 | S | 208,000 | $11.2106 | $2,331,805 | ($110,992,775) |
| 8/16/07 | S | 159,000 | $11.9282 | $1,896,584 | ($109,096,191) |
| 8/16/07 | S | 115,000 | $11.0456 | $1,270,244 | ($107,825,947) |
| 8/16/07 | S | 101,100 | $10.8721 | $1,099,169 | ($106,726,778) |
| 8/16/07 | S | 100,000 | $10.6001 | $1,060,010 | ($105,666,768) |
| 8/16/07 | S | 100,000 | $11.8256 | $1,182,560 | ($104,484,208) |
| 8/16/07 | S | 100,000 | $11.8408 | $1,184,080 | ($103,300,128) |
| 8/16/07 | S | 100,000 | $11.9023 | $1,190,230 | ($102,109,898) |

| | | | | | |
|---|---|---|---|---|---|
| 8/16/07 | S | 91,000 | $11.9282 | $1,085,466 | ($101,024,431) |
| 8/16/07 | S | 84,000 | $11.8005 | $991,242 | ($100,033,189) |
| 8/16/07 | S | 75,000 | $11.8080 | $885,600 | ($99,147,589) |
| 8/16/07 | S | 67,000 | $11.0456 | $740,055 | ($98,407,534) |
| 8/16/07 | S | 59,000 | $11.9502 | $705,062 | ($97,702,472) |
| 8/16/07 | S | 58,000 | $11.8714 | $688,541 | ($97,013,931) |
| 8/16/07 | S | 50,000 | $11.8000 | $590,000 | ($96,423,931) |
| 8/16/07 | S | 50,000 | $11.0456 | $552,280 | ($95,871,651) |
| 8/16/07 | S | 41,000 | $11.9502 | $489,958 | ($95,381,693) |
| 8/16/07 | S | 33,000 | $11.2106 | $369,950 | ($95,011,743) |
| 8/16/07 | S | 18,000 | $11.0456 | $198,821 | ($94,812,922) |
| 8/16/07 | S | 16,000 | $11.8005 | $188,808 | ($94,624,114) |
| 8/16/07 | S | 16,000 | $11.8080 | $188,928 | ($94,435,186) |
| 8/16/07 | S | 9,000 | $11.8080 | $106,272 | ($94,328,914) |
| 8/16/07 | S | 9,000 | $11.2106 | $100,895 | ($94,228,019) |
| | | | | Total: | ($94,228,019) |

### Javed Fiyaz

| | | | | | |
|---|---|---|---|---|---|
| 6/18/07 | P | 1,000,000 | $24.0701 | ($24,070,100) | ($24,070,100) |
| 7/6/07 | P | 200,000 | $22.8298 | ($4,565,960) | ($28,636,060) |
| 7/9/07 | P | 800,000 | $23.2206 | ($18,576,480) | ($47,212,540) |
| 7/10/07 | P | 455,663 | $22.7245 | ($10,354,714) | ($57,567,254) |
| 7/11/07 | P | 400,000 | $22.7125 | ($9,085,000) | ($66,652,254) |
| 7/25/07 | P | 500,000 | $20.2233 | ($10,111,650) | ($76,763,904) |
| 8/17/07 | S | 1,755,327 | $15.0552 | $26,426,799 | ($50,337,105) |
| 8/20/07 | S | 1,600,336 | $14.5093 | $23,219,755 | ($27,117,350) |
| | | | | Total: | ($27,117,350) |

| Combined Net Loss |
|---|
| ($133,415,508) |

** Calculations of losses based on FIFO and LIFO accounting result in the same
   loss figure as the net loss.

# EXHIBIT C

## Coughlin Stoia Geller Rudman & Robbins LLP Files Class Action Suit against E*TRADE Financial Corporation

Tuesday October 2, 6:37 pm ET

NEW YORK--(BUSINESS WIRE)--Coughlin Stoia Geller Rudman & Robbins LLP ("Coughlin Stoia") (http://www.csgrr.com/cases/etrade/) today announced that a class action has been commenced in the United States District Court for the Southern District of New York on behalf of purchasers of the common stock of E*TRADE Financial Corporation ("E*TRADE" or the "Company") (NASDAQ: ETFC - News) between December 14, 2006 and September 25, 2007, inclusive (the "Class Period"), seeking to pursue remedies under the Securities Exchange Act of 1934 (the "Exchange Act").

If you wish to serve as lead plaintiff, you must move the Court no later than 60 days from today. If you wish to discuss this action or have any questions concerning this notice or your rights or interests, please contact plaintiff's counsel, Samuel H. Rudman or David A. Rosenfeld of Coughlin Stoia at 800/449-4900 or 619/231-1058, or via e-mail at djr@csgrr.com. If you are a member of this class, you can view a copy of the complaint as filed or join this class action online at http://www.csgrr.com/cases/etrade/. Any member of the purported class may move the Court to serve as lead plaintiff through counsel of their choice, or may choose to do nothing and remain an absent class member.

The complaint charges E*TRADE and certain of its officers and directors with violations of the Exchange Act. E*TRADE, through its subsidiaries, offers financial solutions to retail and institutional customers worldwide. In addition, the Company offers mortgage, home equity, and margin and credit card products; real estate loans; and various consumer loans, including recreational vehicle, marine, commercial, automobile, and credit card loans.

According to the complaint, during the Class Period, defendants issued materially false and misleading statements that misrepresented and failed to disclose: (a) that the Company was experiencing a rise in delinquency rates in its mortgage and home equity portfolios; (b) that the Company failed to timely record an impairment on its mortgage and home equity portfolios; (c) that the Company's securities portfolio, which includes assets backed by mortgages, was materially overvalued; and (d) that based on the foregoing, Defendants' positive statements about the Company's earnings and prospects were lacking in a reasonable basis at all times.

On September 17, 2007, the Company announced that it will exit the wholesale mortgage and it is revising its guidance for 2007, among other things. Upon this news, shares of the Company's stock fell $2.32 per share, or over 15%, over the next six trading days as the investing public digested the news.

Plaintiff seeks to recover damages on behalf of a Class consisting of all persons other than Defendants who purchased the common stock of E*TRADE between December 14, 2006 and September 25, 2007, inclusive, seeking to pursue remedies under the Exchange Act. The plaintiff is represented by Coughlin Stoia, which has expertise in prosecuting investor class actions and extensive experience in actions involving financial fraud.

Coughlin Stoia, a 180-lawyer firm with offices in San Diego, San Francisco, Los Angeles, New York, Boca Raton, Washington, D.C., Houston and Philadelphia, is active in major litigations pending in federal and state courts throughout the United States and has taken a leading role in many important actions on behalf of defrauded investors, consumers, and companies, as well as victims of human rights violations. Coughlin Stoia lawyers have been responsible for more than $45 billion in aggregate recoveries. The Coughlin Stoia Web site (http://www.csgrr.com) has more information about the firm.

*Contact:*
Coughlin Stoia Geller Rudman & Robbins LLP
Samuel H. Rudman, 800-449-4900
David A. Rosenfeld
djr@csgrr.com

# EXHIBIT D

## PLAINTIFF'S CERTIFICATION

Kristen Management Limited ("Plaintiff"), by its director, Vincent de Cannière, declares that:

1. Plaintiff has reviewed the complaint and authorized its filing.

2. Plaintiff did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary, and Plaintiff is willing to serve as a lead plaintiff either individually or as part of a group, a lead plaintiff being a representative party who acts on behalf of other class members in directing the action.

4. A schedule of Plaintiff's transactions in E*TRADE Financial Corporation securities during the Class Period is attached hereto and adopted by reference herein.

5. During the three years prior to the date of this Certification, Plaintiff has not sought to serve or served as a representative party for a class under the federal securities laws.

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th day of November, 2007.        Kristen Management Limited

By: _____
Vincent de Cannière, Director

Brower Piven, A Professional Corporation
The World Trade Center-Baltimore
401 East Pratt Street, Suite 2525
Baltimore, Maryland 21202
Telephone: 410-332-0030
Facsimile: 410-685-1300
www.browerpiven.com

# Kristen Management Limited
E*Trade Financial Corporation Securities Litigation
Schedule of Transactions

| Date | Currency | Company | Type | Shares Per CFDs* | Price |
|---|---|---|---|---|---|
| 6/6/07 | USD | E*Trade | BUY | 500,000 | $25.5777 |
| 6/6/07 | USD | E*Trade | BUY | 340,900 | $25.5594 |
| 6/27/07 | USD | E*Trade | BUY | 250,000 | $22.1484 |
| 6/27/07 | USD | E*Trade | BUY | 250,000 | $22.1086 |
| 7/2/07 | USD | E*Trade | BUY | 100 | $22.1500 |
| 8/1/07 | USD | E*Trade | SELL | 91,000 | $18.0000 |
| 8/6/07 | USD | E*Trade | SELL | 1,000,000 | $15.1151 |
| 8/15/07 | USD | E*Trade | SELL | 250,000 | $14.9811 |

* Contracts For Difference

# EXHIBIT E

## PLAINTIFF'S CERTIFICATION

Straxton Properties Inc. ("Plaintiff"), by its director, Vincent de Cannière, declares that:

1. Plaintiff has reviewed the complaint and authorized its filing.

2. Plaintiff did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary, and Plaintiff is willing to serve as a lead plaintiff either individually or as part of a group, a lead plaintiff being a representative party who acts on behalf of other class members in directing the action.

4. A schedule of Plaintiff's transactions in E*TRADE Financial Corporation securities during the Class Period is attached hereto and adopted by reference herein.

5. During the three years prior to the date of this Certification, Plaintiff has not sought to serve or served as a representative party for a class under the federal securities laws.

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th day of November, 2007.    Straxton Properties Inc.

By: _____
Vincent de Cannière, Director

Brower Piven, A Professional Corporation
The World Trade Center-Baltimore
401 East Pratt Street, Suite 2525
Baltimore, Maryland 21202
Telephone: 410-332-0030
Facsimile: 410-685-1300
www.browerpiven.com

# Straxton Properties Inc.
E*Trade Financial Corporation Securities Litigation
Schedule of Transactions

| Date | Currency | Company | Type | Shares Per CFDs* | Price |
|---|---|---|---|---|---|
| 5/31/07 | USD | E*Trade | BUY | 100,000 | $23.9844 |
| 5/31/07 | USD | E*Trade | BUY | 200,000 | $24.0443 |
| 5/31/07 | USD | E*Trade | BUY | 200,000 | $24.1125 |
| 5/31/07 | USD | E*Trade | BUY | 250,000 | $23.9812 |
| 5/31/07 | USD | E*Trade | BUY | 250,000 | $23.9989 |
| 6/1/07 | USD | E*Trade | BUY | 50,000 | $24.0084 |
| 6/1/07 | USD | E*Trade | BUY | 50,000 | $24.0500 |
| 6/1/07 | USD | E*Trade | BUY | 50,000 | $24.0500 |
| 6/1/07 | USD | E*Trade | BUY | 100,000 | $23.9492 |
| 6/6/07 | USD | E*Trade | BUY | 250,000 | $24.5046 |
| 6/6/07 | USD | E*Trade | BUY | 250,000 | $24.6821 |
| 6/6/07 | USD | E*Trade | BUY | 250,000 | $24.9186 |
| 6/6/07 | USD | E*Trade | BUY | 275,000 | $25.5859 |
| 6/6/07 | USD | E*Trade | BUY | 500,000 | $24.5558 |
| 6/6/07 | USD | E*Trade | BUY | 500,000 | $24.7003 |
| 6/6/07 | USD | E*Trade | BUY | 500,000 | $24.9947 |
| 6/6/07 | USD | E*Trade | BUY | 500,000 | $25.1384 |
| 6/6/07 | USD | E*Trade | BUY | 500,000 | $25.1953 |
| 6/6/07 | USD | E*Trade | BUY | 500,000 | $25.3298 |
| 6/6/07 | USD | E*Trade | BUY | 500,000 | $25.7001 |
| 6/6/07 | USD | E*Trade | BUY | 500,000 | $25.6632 |
| 6/6/07 | USD | E*Trade | BUY | 500,000 | $25.5574 |
| 6/6/07 | USD | E*Trade | BUY | 159,100 | $25.5594 |
| 6/7/07 | USD | E*Trade | BUY | 250,000 | $25.5878 |
| 6/14/07 | USD | E*Trade | BUY | 75,000 | $24.7496 |
| 6/27/07 | USD | E*Trade | BUY | 135,000 | $22.1894 |
| 6/27/07 | USD | E*Trade | BUY | 400,000 | $22.0393 |
| 7/2/07 | USD | E*Trade | BUY | 9,000 | $22.1500 |
| 7/2/07 | USD | E*Trade | BUY | 50,000 | $22.1203 |
| 7/2/07 | USD | E*Trade | BUY | 100,000 | $22.1206 |
| 7/2/07 | USD | E*Trade | BUY | 115,000 | $22.0955 |
| 8/1/07 | USD | E*Trade | SELL | 500,000 | $18.0000 |
| 8/1/07 | USD | E*Trade | SELL | 409,000 | $18.0000 |
| 8/6/07 | USD | E*Trade | SELL | 250,000 | $15.5405 |
| 8/6/07 | USD | E*Trade | SELL | 250,000 | $15.4810 |
| 8/6/07 | USD | E*Trade | SELL | 159,000 | $15.5900 |
| 8/6/07 | USD | E*Trade | SELL | 159,000 | $15.5002 |
| 8/6/07 | USD | E*Trade | SELL | 91,000 | $15.5900 |

* Contracts For Difference

| Date | Currency | Company | Type | Shares Per CFDs | Price |
|---|---|---|---|---|---|
| 8/6/07 | USD | E*Trade | SELL | 91,000 | $15.5002 |
| 8/15/07 | USD | E*Trade | SELL | 250,000 | $15.0141 |
| 8/15/07 | USD | E*Trade | SELL | 250,000 | $14.0005 |
| 8/15/07 | USD | E*Trade | SELL | 250,000 | $14.0000 |
| 8/15/07 | USD | E*Trade | SELL | 159,000 | $15.0097 |
| 8/15/07 | USD | E*Trade | SELL | 159,000 | $14.0025 |
| 8/15/07 | USD | E*Trade | SELL | 159,000 | $14.0011 |
| 8/15/07 | USD | E*Trade | SELL | 91,000 | $15.0097 |
| 8/15/07 | USD | E*Trade | SELL | 91,000 | $14.0025 |
| 8/15/07 | USD | E*Trade | SELL | 91,000 | $14.0011 |
| 8/16/07 | USD | E*Trade | SELL | 500,000 | $10.3126 |
| 8/16/07 | USD | E*Trade | SELL | 500,000 | $10.2646 |
| 8/16/07 | USD | E*Trade | SELL | 250,000 | $11.1000 |
| 8/16/07 | USD | E*Trade | SELL | 250,000 | $11.0493 |
| 8/16/07 | USD | E*Trade | SELL | 250,000 | $10.9514 |
| 8/16/07 | USD | E*Trade | SELL | 250,000 | $10.3831 |
| 8/16/07 | USD | E*Trade | SELL | 250,000 | $10.4155 |
| 8/16/07 | USD | E*Trade | SELL | 250,000 | $11.6102 |
| 8/16/07 | USD | E*Trade | SELL | 250,000 | $11.3678 |
| 8/16/07 | USD | E*Trade | SELL | 250,000 | $11.8603 |
| 8/16/07 | USD | E*Trade | SELL | 208,000 | $11.2106 |
| 8/16/07 | USD | E*Trade | SELL | 159,000 | $11.9282 |
| 8/16/07 | USD | E*Trade | SELL | 115,000 | $11.0456 |
| 8/16/07 | USD | E*Trade | SELL | 101,100 | $10.8721 |
| 8/16/07 | USD | E*Trade | SELL | 100,000 | $10.6001 |
| 8/16/07 | USD | E*Trade | SELL | 100,000 | $11.8256 |
| 8/16/07 | USD | E*Trade | SELL | 100,000 | $11.8408 |
| 8/16/07 | USD | E*Trade | SELL | 100,000 | $11.9023 |
| 8/16/07 | USD | E*Trade | SELL | 91,000 | $11.9282 |
| 8/16/07 | USD | E*Trade | SELL | 84,000 | $11.8005 |
| 8/16/07 | USD | E*Trade | SELL | 75,000 | $11.8080 |
| 8/16/07 | USD | E*Trade | SELL | 67,000 | $11.0456 |
| 8/16/07 | USD | E*Trade | SELL | 59,000 | $11.9502 |
| 8/16/07 | USD | E*Trade | SELL | 58,000 | $11.8714 |
| 8/16/07 | USD | E*Trade | SELL | 50,000 | $11.8000 |
| 8/16/07 | USD | E*Trade | SELL | 50,000 | $11.0456 |
| 8/16/07 | USD | E*Trade | SELL | 41,000 | $11.9502 |
| 8/16/07 | USD | E*Trade | SELL | 33,000 | $11.2106 |
| 8/16/07 | USD | E*Trade | SELL | 18,000 | $11.0456 |
| 8/16/07 | USD | E*Trade | SELL | 16,000 | $11.8005 |
| 8/16/07 | USD | E*Trade | SELL | 16,000 | $11.8080 |
| 8/16/07 | USD | E*Trade | SELL | 9,000 | $11.8080 |
| 8/16/07 | USD | E*Trade | SELL | 9,000 | $11.2106 |

# EXHIBIT F

## PLAINTIFF'S CERTIFICATION

Javed Fiyaz ("Plaintiff") declares that:

1. Plaintiff has reviewed the complaint and authorized its filing.

2. Plaintiff did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary, and Plaintiff is willing to serve as a lead plaintiff either individually or as part of a group, a lead plaintiff being a representative party who acts on behalf of other class members in directing the action.

4. A schedule of Plaintiff's transactions in E*TRADE Financial Corporation securities during the Class Period is attached hereto and adopted by reference herein.

5. During the three years prior to the date of this Certification, Plaintiff has not sought to serve or served as a representative party for a class under the federal securities laws.

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30th day of November, 2007.

_____
Javed Fiyaz

Brower Piven, A Professional Corporation
The World Trade Center-Baltimore
401 East Pratt Street, Suite 2525
Baltimore, Maryland 21202
Telephone: 410-332-0030
Facsimile: 410-685-1300
www.browerpiven.com

# Javed Fiyaz
E*Trade Financial Corporation Securities Litigation
Schedule of Transactions

| Date | Currency | Company | Type | Shares Per CFDs* | Price |
|---|---|---|---|---|---|
| 6/18/07 | USD | E*Trade | BUY | 1,000,000 | $24.0701 |
| 7/6/07 | USD | E*Trade | BUY | 200,000 | $22.8298 |
| 7/9/07 | USD | E*Trade | BUY | 800,000 | $23.2206 |
| 7/10/07 | USD | E*Trade | BUY | 455,663 | $22.7245 |
| 7/11/07 | USD | E*Trade | BUY | 400,000 | $22.7125 |
| 7/25/07 | USD | E*Trade | BUY | 500,000 | $20.2233 |
| 8/17/07 | USD | E*Trade | SELL | 1,755,327 | $15.0552 |
| 8/20/07 | USD | E*Trade | SELL | 1,600,336 | $14.5093 |

* Contracts For Difference