UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LARRY FREUDENBERG, Individually, and On Behalf Of All Others Similarly Situated : : : v. : : E*TRADE FINANCIAL CORPORATION, : MITCHELL H. CAPLAN, AND : ROBERT J. SIMMONS : : | 07 Civ. 8538 (RWS) Judge Robert W. Sweet |

[Captions continued on the following page]

## RULE 7.1 DISCLOSURE STATEMENT

GRANT & EISENHOFER P.A.
Jay W. Eisenhofer (JE-5503)
485 Lexington Avenue
29th Floor
New York, New York  10017
Tel: (646) 722-8500
Fax: (646) 722-8501

   - and -

GRANT & EISENHOFER P.A.
Geoffrey C. Jarvis (GJ-7040)
Chase Manhattan Centre
1201 N. Market Street
Wilmington, Delaware 19801
Tel: (302) 622-7000
Fax: (302) 622-7100

SCHIFFRIN BARROWAY TOPAZ &
KESSLER, LLP
Richard S. Schiffrin
Sean M. Handler
Darren J. Check
280 King of Prussia Road
Radnor, Pennsylvania 19087
Tel: (610) 667-7706
Fax: (610) 667-7056

*Counsel for the Institutional Investor Group and Proposed Lead Counsel for the Class*

|  |  |  |
|---|---|---|
| WILLIAM BOSTON, Individually, and On Behalf Of All Others Similarly Situated | : : : | 07 Civ. 8808 (RWS) Judge Robert W. Sweet |
| v. | : : |  |
| E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN, AND ROBERT J. SIMMONS | : : : : |  |
| ROBERT D. THULMAN, Individually, and On Behalf Of All Others Similarly Situated | : : : | 07 Civ. 9651 (RWS) Judge Robert W. Sweet |
| v. | : : |  |
| E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN, AND ROBERT J. SIMMONS | : : : : |  |
| WENDY M. DAVIDSON, Individually, and On Behalf Of All Others Similarly Situated | : : : | 07 Civ. 10400 (UA) Judge Unassigned |
| v. | : : |  |
| E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN, AND ROBERT J. SIMMONS | : : : : |  |
| JOSHUA FERENC, Individually, and On Behalf Of All Others Similarly Situated | : : : | 07 Civ. 10540 (SHS) Judge Sidney H. Stein |
| v. | : : |  |
| E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN, AND ROBERT J. SIMMONS | : : : : |  |

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for AFA Livförsäkringsaktiebolag; AFA Sjukförsäkringsaktiebolag, AFA Trygghetsförsäkringsaktiebolag, and Kollektivavtalsstiftelsen Trygghetsfonden TSL

- 3 -

(hereinafter, "AFA Insurance"), a private-non governmental party, certifies on information and belief that (1) AFA Insurance has no parent corporation; and (2) there are no publicly held corporations that own 10% or more of its stock.

The undersigned, counsel of record for AFA Insurance certifies that they are not aware of any interested parties other than those participating in this case.

Dated: December 3, 2007                                                  Respectfully submitted,
New York, New York

                                                                        /s Geoffrey C. Jarvis
                                                                 Jay W. Eisenhofer (JW-5503)
                                                                 GRANT & EISENHOFER P.A.
                                                                 485 Lexington Avenue
                                                                 29th Floor
                                                                 New York, New York  10017
                                                                 Tel:    (646) 722-8500
                                                                 Fax:   (646) 722-8501

                                                                - and -

                                                                Geoffrey C. Jarvis (GJ-7040)
                                                                GRANT & EISENHOFER P.A.
                                                                Chase Manhattan Centre
                                                                1201 N. Market Street
                                                                Wilmington, Delaware 19801
                                                                Tel:    (302) 622-7000
                                                                Fax:   (302) 622-7100


                                                                SCHIFFRIN BARROWAY TOPAZ
                                                                & KESSLER, LLP
                                                                Richard S. Schiffrin
                                                                Sean M. Handler
                                                                Darren J. Check
                                                                280 King of Prussia Rd.
                                                                Radnor, PA 19087
                                                                Telephone:    (610) 667-7706
                                                                Facsimile:     (610) 667-7056

                                                                *Counsel for the Institutional*
                                                                *Investor Group and Proposed Lead*
                                                                *Counsel for the Class*