**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| LARRY FREUDENBERG, Individually and on Behalf of All Others Similarly Situated, ) ) ) ) | |
| Plaintiff, ) ) | Civil Action No. 07-8538-RWS |
| -against- ) ) | |
| E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN and ROBERT J. SIMMONS, ) ) ) ) | |
| Defendants. ) ) | |

(caption continued on next pages)

**MOTION TO ADMIT COUNSEL *PRO HAC VICE***

745145.1

| | | |
|---|---|---|
| WILLIAM BOSTON, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Civil Action No. 07-8808-RWS |
| Plaintiff, | ) ) | |
| -against- | ) ) | |
| E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN and ROBERT J. SIMMONS, | ) ) ) ) | |
| Defendants. | ) ) | |

| | | |
|---|---|---|
| ROBERT D. THULMAN, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Civil Action No. 07-9651-RWS |
| Plaintiff, | ) ) | |
| -against- | ) ) | |
| E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN and ROBERT J. SIMMONS, | ) ) ) ) | |
| Defendants. | ) ) | |

| | | |
|---|---|---|
| WENDY M. DAVIDSON, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Civil Action No. 07-10400-UA |
| Plaintiff, | ) ) | |
| -against- | ) ) | |
| E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN and ROBERT J. SIMMONS, | ) ) ) ) | |
| Defendants. | ) ) | |

745145.1

JOSHUA FERENC, Individually and on
Behalf of All Others Similarly Situated,

                    Plaintiff,

-against-

E*TRADE FINANCIAL CORPORATION,
MITCHELL H. CAPLAN, AND ROBERT J.
SIMMONS,

                    Defendants.

Civil Action No. 07-10540-SHS

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for

the Southern and Eastern Districts of New York, I, Daniel P. Chiplock, a member in good

standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice*

of:

> James M. Hughes
> MOTLEY RICE LLC
> P.O. Box 1792 (zip 29465)
> 28 Bridgeside Blvd.
> Mount Pleasant, SC  29464
> Tel: 843-216-9133
> Fax: 843-216-9440
> jhughes@motleyrice.com

James M. Hughes is a member in good standing of the Bar of the State of South Carolina.  There

are no pending disciplinary proceedings against James M. Hughes in any State or Federal court.

Dated: January 16, 2008
New York, New York

> Respectfully submitted,
>
> Daniel P. Chiplock (DC – 1137)
> LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
> 780 Third Avenue, 48th Floor
> New York, New York 10017-2024
> Tel: 212-355-9500
> Fax: 212-355-9592

1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

LARRY FREUDENBERG, Individually and
on Behalf of All Others Similarly Situated,

                Plaintiff,

   -against-

E*TRADE FINANCIAL CORPORATION,
MITCHELL H. CAPLAN and ROBERT J.
SIMMONS,

                Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 07-8538-RWS

---

(caption continued on next pages)

**DECLARATION OF DANIEL P. CHIPLOCK**
**IN SUPPORT OF *PRO HAC VICE* APPLICATION**

WILLIAM BOSTON, Individually and on
Behalf of All Others Similarly Situated,

                Plaintiff,

    -against-

E*TRADE FINANCIAL CORPORATION,
MITCHELL H. CAPLAN and ROBERT J.
SIMMONS,

                Defendants.

Civil Action No. 07-8808-RWS

---

ROBERT D. THULMAN, Individually and on
Behalf of All Others Similarly Situated,

                Plaintiff,

    -against-

E*TRADE FINANCIAL CORPORATION,
MITCHELL H. CAPLAN and ROBERT J.
SIMMONS,

                Defendants.

Civil Action No. 07-9651-RWS

---

WENDY M. DAVIDSON, Individually and on
Behalf of All Others Similarly Situated,

                Plaintiff,

-against-

E*TRADE FINANCIAL CORPORATION,
MITCHELL H. CAPLAN and ROBERT J.
SIMMONS,

                Defendants.

Civil Action No. 07-10400-UA

JOSHUA FERENC, Individually and on
Behalf of All Others Similarly Situated,

                Plaintiff,

-against-

E*TRADE FINANCIAL CORPORATION,
MITCHELL H. CAPLAN, AND ROBERT J.
SIMMONS,

                Defendants.

Civil Action No. 07-10540-SHS

745143.1

DANIEL P. CHIPLOCK declares under penalty of perjury:

1.      I am a partner with the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP, counsel for plaintiffs in the above-captioned matter, and I am familiar with the facts of this matter.  I make this declaration in support of the Application for admission *pro hac vice* of James M. Hughes.  The facts stated in this declaration are stated upon information and belief, based upon representations made to me and documents provided to me by Mr. Hughes, and I believe them to be true.

2.      I have been admitted to practice in the Southern District of New York since 2001.

3.      Mr. Hughes is admitted to practice before the Bar of the State of South Carolina and is in good standing.  The certificate of good standing with respect to Mr. Hughes is annexed as Exhibit A to the Declaration of James M. Hughes.

4.      Mr. Hughes is Senior Counsel with Motley Rice LLC in the firm's Mount Pleasant office located at 28 Bridgeside Boulevard, Mount Pleasant, South Carolina 29464.

5.      Mr. Hughes has not been subjected to discipline by any court and no disciplinary charges are currently pending against him.

6.      Mr. Hughes is fully familiar with the individual rules of this Court and the local rules of the United States District Court for the Southern District of New York.

Dated: January 16, 2008
New York, New York

Daniel P. Chiplock (DC – 1137)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LARRY FREUDENBERG, Individually and on Behalf of All Others Similarly Situated, ) ) ) | |
| Plaintiff, ) | Civil Action No. 07-8538-RWS |
| ) | |
| -against- ) | |
| ) | |
| E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN and ROBERT J. SIMMONS, ) ) ) | |
| ) | |
| Defendants. ) | |

(caption continued on next pages)

**DECLARATION OF JAMES M. HUGHES**
**IN SUPPORT OF _PRO HAC VICE_ APPLICATION**

| | |
|---|---|
| WILLIAM BOSTON, Individually and on Behalf of All Others Similarly Situated, )<br><br>Plaintiff, )<br><br>-against- )<br><br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN and ROBERT J. SIMMONS, )<br><br>Defendants. ) | Civil Action No. 07-8808-RWS |
| ROBERT D. THULMAN, Individually and on Behalf of All Others Similarly Situated, )<br><br>Plaintiff, )<br><br>-against- )<br><br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN and ROBERT J. SIMMONS, )<br><br>Defendants. ) | Civil Action No. 07-9651-RWS |
| WENDY M. DAVIDSON, Individually and on Behalf of All Others Similarly Situated, )<br><br>Plaintiff, )<br><br>-against- )<br><br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN and ROBERT J. SIMMONS, )<br><br>Defendants. ) | Civil Action No. 07-10400-UA |

JOSHUA FERENC, Individually and on
Behalf of All Others Similarly Situated,

                Plaintiff,

-against-

E*TRADE FINANCIAL CORPORATION,
MITCHELL H. CAPLAN, AND ROBERT J.
SIMMONS,

                Defendants.

Civil Action No. 07-10540-SHS

JAMES M. HUGHES declares under penalty of perjury:

1.      I am Senior Counsel with the law firm of Motley Rice LLC, 28 Bridgeside

Boulevard, Mount Pleasant, South Carolina 29464.  I reside at 37 Town Creek Drive, Charleston,

South Carolina 29407.

2.      I have been a member in good standing of the Bar of the State of South Carolina

since November, 1993, and am admitted to practice in the State of South Carolina.  Attached

hereto as Exhibit A is a Certificate of Good Standing with the Bar of the State of South Carolina.

3.      I have not been disciplined by any Court and no disciplinary charges are currently

pending against me.  I have never been held in contempt of court.

4.      I am fully familiar with the individual rules of this Court; the local rules of the

United States District Court for the Southern District of New York; the provisions of the Judicial

Code that pertain to the jurisdiction of, and practice in, the United States District Courts; the

Federal Rules of Civil Procedure and the Federal Rules of Evidence; and the New York State

Lawyers' Code of Professional Responsibility.  I will adhere to all applicable rules of conduct in

connection with my activities in this Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing

is true and correct, and that this Declaration is executed this 14th day of January, 2008, in Mount

Pleasant, South Carolina.

_____
JAMES M. HUGHES

1

# EXHIBIT  A

# The Supreme Court of South Carolina

## Certificate of Good Standing

I, Daniel E. Shearouse, Clerk of the Supreme Court of South Carolina, do hereby certify that James Michael Hughes was admitted as an attorney in this state on November 15, 1993 and is currently an active member of the South Carolina Bar.

DANIEL E. SHEAROUSE, CLERK

BY _Gayle B. Watts_

DEPUTY CLERK FOR BAR ADMISSIONS

Columbia, South Carolina

January 9, 2008

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| LARRY FREUDENBERG, Individually and on Behalf of All Others Similarly Situated, )<br><br>Plaintiff, )<br><br>-against- )<br><br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN and ROBERT J. SIMMONS, )<br><br>Defendants. ) | Civil Action No. 07-8538-RWS |

(caption continued on next pages)

## [PROPOSED] ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

745139.1

|  |  |
|---|---|
| WILLIAM BOSTON, Individually and on Behalf of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) Civil Action No. 07-8808-RWS |
| -against- | ) ) |
| E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN and ROBERT J. SIMMONS, | ) ) ) ) |
| Defendants. | ) ) |
| ROBERT D. THULMAN, Individually and on Behalf of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) Civil Action No. 07-9651-RWS |
| -against- | ) ) |
| E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN and ROBERT J. SIMMONS, | ) ) ) ) |
| Defendants. | ) ) |
| WENDY M. DAVIDSON, Individually and on Behalf of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) Civil Action No. 07-10400-UA |
| -against- | ) ) |
| E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN and ROBERT J. SIMMONS, | ) ) ) ) |
| Defendants. | ) ) |

JOSHUA FERENC, Individually and on
Behalf of All Others Similarly Situated,

                        Plaintiff,

-against-

E*TRADE FINANCIAL CORPORATION,
MITCHELL H. CAPLAN, AND ROBERT J.
SIMMONS,

                        Defendants.

Civil Action No. 07-10540-SHS

745139.1

Upon the motion of Daniel P. Chiplock, attorney for Skandia Life Insurance Company

Ltd. and his declaration in support;

IT IS HEREBY ORDERED that

> James M. Hughes
> MOTLEY RICE LLC
> P.O. Box 1792 (zip 29465)
> 28 Bridgeside Blvd.
> Mount Pleasant, SC  29464
> Tel: 843-216-9133
> Fax: 843-216-9440
> jhughes@motleyrice.com

is admitted to practice *pro hac vice* as counsel for Skandia Life Insurance Company Ltd. in the

above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including

the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case

Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Counsel shall forward the *pro hac vice* fee to the Clerk of Court.


Dated: January ___, 2008
New York, New York


---

> Robert W. Sweet
> United States District Judge


1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LARRY FREUDENBERG, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>    -against-<br><br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN and ROBERT J. SIMMONS,<br><br>          Defendants. | Civil Action No. 07-8538-RWS |

(caption continued on next pages)

**<u>CERTIFICATE OF SERVICE</u>**

WILLIAM BOSTON, Individually and on
Behalf of All Others Similarly Situated,

     Plaintiff,

  -against-

E*TRADE FINANCIAL CORPORATION,
MITCHELL H. CAPLAN and ROBERT J.
SIMMONS,

     Defendants.

Civil Action No. 07-8808-RWS

---

ROBERT D. THULMAN, Individually and on
Behalf of All Others Similarly Situated,

     Plaintiff,

  -against-

E*TRADE FINANCIAL CORPORATION,
MITCHELL H. CAPLAN and ROBERT J.
SIMMONS,

     Defendants.

Civil Action No. 07-9651-RWS

---

WENDY M. DAVIDSON, Individually and on
Behalf of All Others Similarly Situated,

     Plaintiff,

-against-

E*TRADE FINANCIAL CORPORATION,
MITCHELL H. CAPLAN and ROBERT J.
SIMMONS,

     Defendants.

Civil Action No. 07-10400-UA

JOSHUA FERENC, Individually and on
Behalf of All Others Similarly Situated,

                Plaintiff,

-against-

E*TRADE FINANCIAL CORPORATION,
MITCHELL H. CAPLAN, AND ROBERT J.
SIMMONS,

                Defendants.

Civil Action No. 07-10540-SHS

I, Daniel P. Chiplock, Esq., hereby certify that on January 16, 2008, I filed by hand with the Court the following documents:

(1)    **Motion to Admit Counsel *Pro Hac Vice*;**

(2)    **Declaration of Daniel P. Chiplock In Support of *Pro Hac* Vice Application;**

(3)    **Declaration of James M. Hughes In Support of *Pro Hac* Vice Application, with attached Exhibit A;**

(4)    **[Proposed] Order Granting Admission to Practice *Pro Hac Vice*; and**

(5)    **Certificate of Service**

I hereby certify that copies of these documents were mailed via first class U.S. mail, postage prepaid, on this date, to the following parties and/or counsel:

David Avie Rosenfeld
Coughlin Stoia Geller Rudman
   & Robbins, LLP
58 South Service Road, Suite 200
Melville, NY 11747

*Attorney for Plaintiff Larry Freudenberg*

Andrew Edward Krause
Dennis E. Glazer
Nancy B. Ludmerer
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

*Attorneys for Defendant E\*Trade Financial Corporation*

Judith Lynne Spanier
Abbey Spanier Rodd Abrams & Paradis, LLP
212 East 39th Street
New York, NY 10016

*Attorney for Movant State Teachers Retirement System of Ohio*

Elizabeth Ann Schmid
Brower Piven
488 Madison Avenue
New York, NY 10022

*Attorney for Movant The Kristen-Straxton Group*

Geoffrey Coyle Jarvis
Grant & Eisenhofer, PA
Chase Manhattan Centre
1201 North Market Street
Wilmington, DE 19801

*Attorney for Movant E\*TRADE Institution Investor Group*

Gregory Mark Nespole
Wolf Haldenstein Adler Freeman & Herz, LLP
270 Madison Avenue
New York, NY 10017

*Attorney for Movant Grant Robert*

Eduard Korsinky
Zimmerman Levi & Korsinsky, LLP
39 Broadway, Suite 1601
New York, NY 10006

*Attorney for Movant Ira Newman*

Dated: New York, New York
       January 16, 2008
            Daniel P. Chiplock, Bar No. DC 1137
            LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
            780 Third Avenue, 48th Floor
            New York, NY 10017
            Tel. (212) 355-9500
            Fax (212) 355-9592
            E-mail: dchiplock@lchb.com

            *Attorney for Skandia Life Insurance Company Ltd.*