UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LARRY FREUDENBERG, Individually and )
on Behalf of All Others Similarly Situated, )
)                    Civil Action No. 07-8538-RWS
Plaintiff, )
)
-against- )
)
E*TRADE FINANCIAL CORPORATION, )
MITCHELL H. CAPLAN and ROBERT J. )
SIMMONS, )
)
Defendants. )

(caption continued on next pages)

**[PROPOSED] ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE***

745139.1

| | |
|---|---|
| WILLIAM BOSTON, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　-against-<br><br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN and ROBERT J. SIMMONS,<br><br>　　　　　　　Defendants. | Civil Action No. 07-8808-RWS |
| ROBERT D. THULMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　-against-<br><br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN and ROBERT J. SIMMONS,<br><br>　　　　　　　Defendants. | Civil Action No. 07-9651-RWS |
| WENDY M. DAVIDSON, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>-against-<br><br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN and ROBERT J. SIMMONS,<br><br>　　　　　　　Defendants. | Civil Action No. 07-10400-UA |

745139.1

|  |  |
|---|---|
| JOSHUA FERENC, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>-against-<br><br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN, AND ROBERT J. SIMMONS,<br><br>       Defendants. | Civil Action No. 07-10540-SHS |

Upon the motion of Daniel P. Chiplock, attorney for Skandia Life Insurance Company Ltd. and his declaration in support;

IT IS HEREBY ORDERED that

> James M. Hughes
> MOTLEY RICE LLC
> P.O. Box 1792 (zip 29465)
> 28 Bridgeside Blvd.
> Mount Pleasant, SC  29464
> Tel: 843-216-9133
> Fax: 843-216-9440
> jhughes@motleyrice.com

is admitted to practice *pro hac vice* as counsel for Skandia Life Insurance Company Ltd. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: January 2̄7̄, 2008
New York, New York

                                                     Robert W. Sweet
                                                   United States District Judge

1

745139.1